■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE HOUGH, Appellant. (Appeal No. 2.)—Order unanimously affirmed. Same Memorandum as in *People v Hough* ([appeal No. 1] 186 AD2d 1056 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Marshall, J.—CPL art 440.) Present—Callahan, J. P., Boomer, Pine, Fallon and Doerr, JJ.